**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Adrienne Braumiller
(Name of attorney of record)
on behalf of SMC Corporation of America in the matter of SMC Corporation of America v. U.S. Customs and Border Protection, et. al., Court No. 26-03459.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

SMC Corporation of America is owned 100% by SMC Corporation, a publicly traded company on the Tokyo Stock Market.
SMC Corporation (Japan) is the only publicly traded company in the SMC Group.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

/s/ Adrienne Braumiller
Signature of Attorney

08/03/2026
Date

Braumiller Law Group, PLLC
Firm

5220 Spring Valley Rd., Suite 200
Street Address

Dallas, Texas 75254
City, State and Zip Code

(214) 348-9306
Telephone Number

adrienne@braumillerlaw.com
E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)