**CERTIFICATE OF SERVICE**

**CIT Case No. 26-03459**

Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on August 3, 2026, I served a copy of the Summons, Complaint, Form 5, Form 11, and Form 13 by certified mail, return receipt requested, upon the following:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, New York 10278

Attorney-In Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

Attorney-In-Charge
Office of Chief Counsel
U.S. Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, D.C. 20229

*/s/ Adrienne Braumiller*
Attorney Name